**AIMCO, INC., Respondent,**

v.

**Tawana Jean COOPER, Appellant.**

**No. ED 84328.**

Missouri Court of Appeals, Eastern District, Division One.

Feb. 15, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 30, 2005.

Application for Transfer Denied May 31, 2005.

Tawana Jean Cooper, St. Louis, pro se.

Thomas E. Osterholt, Jr., Thomas D. Veltz, Spencer Fane Britt & Browne LLP, St. Louis, MO, for Respondent.

Before GARY M. GAERTNER, SR., P.J., SHERRI B. SULLIVAN, J. and BOOKER T. SHAW, J.

## ORDER

PER CURIAM.

Appellant, Tawana Jean Cooper ("Tenant"), appeals from the judgment of the Circuit Court of the City of St. Louis in favor of respondent, Aimco, Inc. ("Landlord"), in Landlord's suit for unlawful detainer. We affirm.

We have reviewed the briefs of the parties and the record on appeal. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).